USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER LOADHOLT

                Plaintiff,

    - against -

ORIENTAL-DECOR.COM, INC.

                Defendant.
------------------------------------------------------------X

22-CV-8205 (JMF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 21, 2023, Plaintiff filed a letter motion seeking a pre-motion conference to compel Defendants to respond to all pending discovery requests, responses to which are long overdue. Plaintiff also indicated intention to move for attorney's fees. Defendants have been woefully non-responsive. On April 24, 2023, the Court ordered Defendant to respond to Plaintiff's letter by April 25, 2023. Defendant did not respond then or since. Accordingly, (1) Defendant has waived their right to object to any of the discovery request previously served; (2) Defendant shall comply with all outstanding discovery requests by May 17, 2023; (3) Defendant's failure to comply will result in sanctions, including but not limited to preclusion, evidentiary findings, default judgment, and/or monetary sanctions; (4) Defendant shall pay the costs of Plaintiff's having had to seek the Court's intervention by his April 21, 2023 letter, and shall make such payment within 30 days of Plaintiff providing Defendant with the amount of costs and supporting information. The request for a pre-motion conference is denied as moot.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 27, 2023
　　　　New York, New York

Copies transmitted this date to all counsel of record.