USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_5/30/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER LOADHOLT                          :
                                              :        22-CV-8205 (JMF) (RWL)
                          Plaintiff,          :
                                              :
            - against -                       :        **ORDER**
                                              :
ORIENTAL-DECOR.COM, INC.                      :
                                              :
                          Defendant.          :
                                              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        Based on Defendant's failure to comply with Court orders and discovery requirements as set forth in Plaintiff's letter at Dkt. 23, Defendant is hereby ordered to show cause why sanctions should not be entered against it and defense counsel, including but not limited to preclusion, evidentiary findings, default judgment, and/or monetary sanctions.  The show-cause hearing will be held on June 13, 2023 at 2:30 p.m. in Courtroom 18D, United States Courthouse, 500 Pearl Street, New York, NY. Defendant's failure to appear for the hearing will result in a recommendation for entry of default judgment against Defendant.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: May 30, 2023
          New York, New York

Copies transmitted this date to all counsel of record.

1