UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,

      **Plaintiff,**

 1:22 Civ. 08205 (JMF-RWL)

- against -

ORIENTAL-DÉCOR.COM INC.,

**CLERK'S CERTIFICATE OF DEFAULT**

      **Defendant(s),**

---

  I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on <u>September 26, 2022</u> with the filing of a summons and complaint. A copy of the filed complaint and accompanying summons was served on defendant <u>Oriental-Décor.com Inc.</u> on <u>October 1, 2022</u> by personally serving <u>Chad Walner, employee authorized to accept service on behalf of Oriental-Décor.com</u>, and Defendant filed its appearance on November 21, 2022. Defendant then filed its Answer to the Amended Complaint on April 3, 2023. However, that Answer was stricken by Order of the Honorable Robert W. Lehrburger on June 14, 2023. See, Docket 25.

  The default of the defendant is hereby noted.

Dated: New York, New York

   _____, 2023         RUBY J. KRAJICK
                   Clerk of Court

            **By:**_____
              **Deputy Clerk**