UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
CHRISTOPHER LOADHOLT, on behalf of himself and
all others similarly situated,

                   Civil No.: 1:22-cv-08205-JMF-RWL

            Plaintiff,

   -against-               **AFFIDAVIT IN SUPPORT OF REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

  ORIENTAL-DÉCOR.COM INC.,

            Defendant.
-----------------------------------------------------------------

Yitzchak Zelman, hereby declares as follows:

1. I am associated with Marcus & Zelman, LLC, attorneys for Plaintiff in the above-entitled action and as such, I am familiar with all the facts and circumstances in this action.

2. I make this affirmation pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, in support of the plaintiff's request for clerk's entry of default against defendant ORIENTAL-DÉCOR.COM INC.

3. This action was commenced pursuant to 42 U.S.C. §12101 *et. seq.*, commonly referred to as the Americans with Disabilities Act (ADA).

4. The action against Defendant commenced on September 26, 2022, by the filing of the Class Action Complaint. (*See,* Docket Entry 1).

5. A copy of the filed Complaint and accompanying Summons was properly served on Defendant on October 1, 2022.

6. The Defendant then filed a pre-Answer Motion to Dismiss, which Motion was denied as moot by the Honorable Judge Jesse M. Furman on March 31, 2023.

7. Defendant then filed its Answer on April 3, 2023, however that Answer was stricken by Order of the Honorable Magistrate Judge Robert W. Lehrburger on June 14, 2023.  *See,* Docket 25.

8. Said defendant is not an infant or incompetent.  Defendant is not presently in the military service of the United States as the Defendant is a business entity engaged in the business of selling home decor.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated:  Asbury Park, New Jersey
        June 18, 2023

By:  /s/ Yitzchak Zelman
Yitzchak Zelman, Esq. (YZ5857)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone:  (732) 695-328
Email: yzelman@marcuszelman.com
*Attorney for the Plaintiff*
*Christopher Loadholt*