**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Plaintiff(s)<br>CHRISTOPHER LOADHOLT,<br>vs.<br>ORIENTAL-DECOR.COM INC.,<br><br>Defendant(s)<br>_____ | **Request for Clerk's Certificate of Default**<br><br>Civil Case No. 1:22-cv-08205-JMF-RWL |

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiff Christopher Loadholt requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

4) has defaulted in appearance in the above captioned action.

/s/ Yitzchak Zelman
_____
**Counsel for Plaintiff(s) / Plaintiff(s) Pro se**