UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LOADHOLT, *on behalf of himself and all others similarly situated*,

                Plaintiffs,

-against-

ORIENTAL-DECOR.COM INC.,

                Defendant(s).

22-CV-08205 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's August 7th Order, ECF No. 36, the parties were required to file a status letter, the contents of which are described in the Court's order, no later than two weeks from the date of that Order. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Thursday, August 24, 2023**.

    SO ORDERED.

Dated: August 22, 2023
       New York, New York

                                       ARUN SUBRAMANIAN
                                       United States District Judge