IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER LOADHOLT, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>-against-<br><br>ORIENTAL DÉCOR.COM INC.,<br><br>**Defendant.** | Civil Case Number:<br>1:22-cv-08205-AS-RWL |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AND FOR COSTS AND ATTORNEYS' FEES**

Plaintiff moves this court for entry of judgment comprising of injunctive relief, compensatory damages, costs and Attorneys' Fees, as follows:

1. This action was commenced on September 26, 2022, by the filing of the Summons and Complaint. (*See,* Docket Entry 1).

2. Service on defendants was confirmed by proof of service filed with this Court on June 20, 2023. (*See,* Docket Entry 28).

3. Defendant then appeared in this action by counsel, but after nearly a year of litigation, had its Answer stricken by the Court, after it repeatedly failed to comply with its discovery obligations or to comply with Court Orders. (*See,* Docket Entry 25).

4. Inasmuch as the Plaintiff has not pled a claim for a sum certain in his complaint, the Plaintiff moves this court for judgment on his claims for damages, costs and attorneys' fees.

5. Plaintiff seeks compensatory damages of $1,000.00 for the Defendant's violation of the NYCHRL.

6. Plaintiff is also entitled to filing fees of $400.00, and service of process fees of $85, and parking fees of $45, for total costs in the amount of $532 along with attorneys' fees of $8,137[1] pursuant to 42 U.S.C. § 12205 and N.Y.C. Admin. Code § 8-502(f).

**WHEREFORE, PLAINTIFF PRAYS THAT** this Court grant the following relief:

a. A judgment in the amount of $9,137.00 against the Defendant for compensatory damages, costs and attorneys' fees;

b. Injunctive relief, prohibiting Defendant from violating the Americans with Disabilities Act, 42 U.S.C. §§ 12182, et seq., and N.Y.C. Administrative Code § 8-107, et seq., and requiring Defendant to take all the steps necessary to make its Website into full compliance with the requirements set forth in the ADA, and its implementing regulations, so that the Website is readily accessible to and usable by blind individuals; and

c. Such other relief as this Court deems just and proper.

Dated: August 22, 2023

                                               MARCUS & ZELMAN, LLC

                                               By: /s/ Yitzchak Zelman
                                                      Yitzchak Zelman (YZ5857)
                                             ATTORNEYS FOR PLAINTIFF
                                             701 Cookman Avenue, Suite 300
                                             Asbury Park, New Jersey 07712
                                             Phone: 732-695-3282
                                             Fax:   732-298-6256
                                             Email: yzelman@MarcusZelman.com

---

[1] *See*, Declaration of Yitzchak Zelman, and the Exhibit A annexed thereto, setting forth the costs and hours expended in this action.