```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER LOADHOLT,                     :
                                          :    22-CV-8205 (AS) (RWL)
                    Plaintiff,            :
                                          :
        - against -                       :    ORDER
                                          :
ORIENTAL-DECOR.COM, INC.,                 :
                                          :
                    Defendant.            :
                                          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff filed its motion for default judgment on August 22, 2023. (Dkts. 38-40.) Any response from Defendant shall be filed no later than September 5, 2023. Any reply shall be filed by September 12, 2023.

                                         SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated: August 23, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2023