**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHRISTOPHER LOADHOLT, on behalf of himself
and all others similarly situated,

                Plaintiff,                22 **CIVIL** 8205 (AS)

    -v-                              **JUDGMENT**

ORIENTAL-DECOR.COM INC.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 23, 2024, that the Report and Recommendation is ADOPTED in its entirety. Accordingly, the case is closed.

**Dated:** New York, New York

      January 23, 2024

                                            **RUBY J. KRAJICK**
                                               Clerk of Court

                        **BY:**

                                                   **Deputy Clerk**